THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* ARTHUR LEE JOHNSON, Defendant-Appellee.

(No. 12269;

Fourth District—January 28, 1975.

Opinion by Mr. PRESIDING JUSTICE SMITH.

John E. Gambill, of Rantoul, for appellant.

No appearance for the People.